CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on August 21, 2013**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 08–11901–RAM

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Beatriz E. Tascon
aka Beatriz Eugenia Tascon
18738 SW 100th Ave.
Miami, FL 33157

SSN: xxx–xx–0842

# FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.